UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :    INDICTMENT

        -v.-                     :    08 Cr.

GERMAN CRUZ,                     :
    a/k/a "Herman Cruz,"
    a/k/a "Juan Reyes,"          :

            Defendant.           :

- - - - - - - - - - - - - - - - - x

**08 CRIM   438**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___MAY 15 2008___

<u>COUNT ONE</u>

The Grand Jury charges:

From at least in or about February 2005 up to and

including May 8, 2008, in the Southern District of New York and

elsewhere, GERMAN CRUZ, a/k/a "Herman Cruz," a/k/a "Juan Reyes,"

the defendant, being an alien, unlawfully, willfully, and

knowingly, did enter, and was found in, the United States, after

having been removed from the United States on or about October

26, 1999 subsequent to a conviction for the commission of an

aggravated felony, to wit, a conviction on or about April 16,

1998, in Kings County Supreme Court, Kings County, for Assault in

the Second Degree, a violation of New York State Penal Law

Section 120.05(02), without having obtained the express consent

of the Attorney General of the United States or his successor,

the Secretary for the Department of Homeland Security, to reapply

for admission.

(Title 8, United States Code, Sections 1326(a) & (b)(2).)

FOREPERSON

MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

- v. -

### GERMAN CRUZ,

**a/k/a "Herman Cruz,"**
**a/k/a "Juan Reyes,"**

### Defendant.

### INDICTMENT

08 Cr.

(8 U.S.C. § 1326(a) & (b)(2).)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.

5/15/08 Filed Indictment. Case assigned to Judge
Preska.
s/ Mag. Judge Fox